REPUBLIC LIFE INSURANCE COMPANY, Appellant, *v.* HUDSON TRUST COMPANY, Respondent.

*Republic Life Ins. Co.* v. *Hudson Trust Co.*, 130 App. Div. 618, affirmed.
(Argued April 7, 1910; decided April 26, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 5, 1909, reversing a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover the amount of an alleged deposit with defendant to the credit of the plaintiff.

*Isaac H. Levy* for appellant.

*Victor E. Whitlock* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.